UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM TYRONE COPELAND,**

    **Petitioner,**

v.                                                  Case No. **5:19cv412-TKW-MAF**

**MARK S. INCH,** Secretary, Department
of Corrections**,**

    **Respondent.**

_____/

## ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that the claim raised in Petitioner's §2254 habeas petition is procedurally barred and meritless. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's §2254 habeas petition (Doc. 1) is **DENIED**, and the Clerk shall close the file.

Additionally, because Petitioner failed to make a substantial showing of the denial of a constitutional right and there is no good faith basis for an appeal, it is

**FURTHER ORDERED** that a certificate of appealability is **DENIED**, and leave to appeal in forma pauperis is **DENIED**.

**DONE and ORDERED** this 26th day of May, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**